Commonwealth ex rel. Bryson, Appellant, *v.*
Russell.

Submitted May 23, 1966. Before BELL, C. J., MUS-
MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Daniel Bryson,* appellant, in propria persona.

*Clarence C. Morrison,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.

OPINION PER CURIAM, September 27, 1966:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.